UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHIDIEBERE NWAUBANI**

V.                                                          CIVIL ACTION NO. **10-11777-DJC**

**CITIBANK, N.A., ET AL**

## Scheduling Order

Casper, D.J.

      This Scheduling Order is intended primarily to provide a reasonable timetable for discovery and motion practice and to ensure the fair and just resolution of this matter, either by settlement or trial, without undue delay or expense.

      Having conducted a Scheduling Conference between the parties pursuant to Local Rule 16.1(a), it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f) that:

      1. **Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **April 11, 2011** .

      2. **Amendments to Pleadings**.  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **April 11, 2011** .

      3. **Fact Discovery**.

            a.    **Final Deadline**. All discovery, other than expert discovery, must be completed by **December 1, 2012** .

      4. **Status Conference**.  A status conference will be held on **December 12, 2011** at **2:15PM** in Courtroom 11, 5th Floor.

    5.  **Summary Judgment Motions**.

        a.  Motions for summary judgment must be filed by **February 15, 2012** .

        b.  Opposition to summary judgment motions must be filed within 21 days after service of the motion pursuant to Local Rule 7.1.

        c.  All summary judgment filings shall conform to the requirements of Local Rule 56.1.

Date:  **3/29/11**　　　　　　　　　　　　　　　/s/ Denise J. Casper  
　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge