UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHIDIEBERE NWAUBANI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., SAN ANTONIO, TEXAS 78245, EQUIFAX INFORMATION SERVICES, LLC., EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Civil Action No. 10-CV-11777-DJC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Chidiebere Nwaubani ("Plaintiff") hereby stipulates and agrees that all claims Plaintiff asserts against Defendant Equifax Information Services LLC ("Equifax"), are dismissed, in their entirety, with prejudice, each side to bear its own costs and attorney's fees.

Respectfully submitted, this 7 day of September, 2011.

PLAINTIFF,
CHIDIEBERE NWAUBANI

_____
Chidibere Nwaubani
252 Sanford Road
Westport, MA 02790
*Pro Se Plaintiff*

DEFENDANT,
EQUIFAX INFORMATION
SERVICES LLC.,
By its attorneys,

_____
Katherine Kayatta, BBO# 675487
Robinson & Cole, LLP
One Boston Place, 25th Floor
Boston, MA 02108-4404

**OF COUNSEL:**
Brian J. Olson, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

Chidibere Nwaubani
252 Sanford Road
Westport, MA 02790

*Pro Se Plaintiff*

George Spencer
JONES DAY
222 East 41st Street
New York, New York 10017

*Attorneys for Experian Information Solutions, Inc.*

David E. Fialkow
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, MA 02109

*Attorneys for Citibank, N.A.*

Dated: September 7 2011

_____
Katherine Kayatta