UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHIDIEBERE NWAUBANI (*Pro Se*),<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 10-11777-DJC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Chidiebere Nwaubani and Defendants Citibank, N.A. and Experian Information Solutions, Inc. (each a "Party," and collectively, the "Parties") hereby stipulate and agree to dismiss all of the claims in the above-captioned action with prejudice, and with each Party to bear its own attorneys' fees, costs, and expenses. The Parties further stipulate and agree to waive any and all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| CHIDIEBERE NWAUBANI,<br>*Pro Se*<br><br>_[signature]_<br>Chidiebere Nwaubani<br>252 Sanford Road<br>Westport, MA 02790<br>*Pro Se Plaintiff* | CITIBANK, N.A.<br>By its attorneys,<br><br>/s/ David E. Fialkow<br>David E. Fialkow (BBO# 666192)<br>Nelson Mullins Riley & Scarborough LLP<br>One Post Office Square, 30th Floor<br>Boston, MA 02109<br>(617) 573-4700<br>David.Fialkow@nelsonmullins.com<br><br>EXPERIAN INFORMATION SERVICES, INC.<br>By its attorneys,<br><br>/s/ Nicholas W. Haddad<br>Nicholas W. Haddad (admitted *Pro Hac Vice*)<br>Jones Day<br>222 E. 41st Street<br>New York, NY 10017<br>(212) 326-3679<br>nwhaddad@jonesday.com |

Dated: June 7, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2012, a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on June 7, 2012.

/s/ David E. Fialkow
David E. Fialkow